Adam Brezine (CA State Bar No. 220852)
Katherine Keating (CA State Bar No. 217908)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105-2994
Telephone: (415) 268-2000
Facsimile: (415) 268-1999

Attorneys for Plaintiff
Specialized Bicycle Components, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| **Specialized Bicycle Components, Inc.**, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>**Prologo/Velo Europe**, a foreign corporation, and **Does 1-10**,<br><br>Defendants. | CASE NO.: 3:10-CV-02055-JSW<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>**[CIVIL L.R. 6-2, 7-12]**<br><br>Date: Dec. 10, 2010<br>Time: 1:30 p.m.<br>Place: Courtroom 11, 19th Floor<br>Judge: Hon. Jeffrey S. White<br><br>Complaint Filed: May 13, 2010 |

The parties in the above-entitled action have reached an agreement in principle that would resolve all of the issues in this case, but they will not be able to finalize a settlement agreement and file a dismissal before December 10, 2010, the current date for the Case Management Conference. Pursuant to Civil Local Rules 6-2 and 7-12, the parties therefore submit this Stipulation and [Proposed] Order to continue the Case Management Conference to February 4, 2011.

The Case Management Conference was previously continued from September 17, 2010 to December 10, 2010, to allow for service on the Defendant to be completed, based on motion of plaintiff Specialized Bicycle Components, Inc. and order of the Court. To allow the parties to formalize a settlement agreement and file a dismissal, the parties respectfully request that the Case

---

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CMC                             Case No. CV 10 2055 JSW
#55762 v1 saf

1

Management Conference be continued from December 10, 2010, to Friday, February 4, 2011, at 1:30 p.m.

Dated: December 7, 2010    HOLME ROBERTS & OWEN LLP

By:  */s/ Adam Brezine*
      Adam Brezine
      Attorneys for Plaintiff
      SPECIALIZED BICYCLE COMPONENTS, INC.

Dated: December 7, 2010    HOSIE RICE LLP

By:  */s/ Bruce Wecker*
      Bruce Wecker
      Attorneys for Defendant
      PROLOGO/VELO EUROPE

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: December  8 , 2010          _____
                                    The Honorable Jeffrey S. White
                                    United States District Judge